**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BRACH EICHLER LLC**
Haralampo Kasolas, Esq. (HK8850)
Konstantine G. Paschalidis (KP2869)
5 Penn Plaza, 23rd Floor
New York, NY 1000145,
Telephone: (212) 896-3794
Facsimile: (973) 618-5575

*Attorneys for Plaintiffs, Everything Yogurt Brands LLC and Villa Pizza, LLC*

**EVERYTHING YOGURT BRANDS, LLC** and **VILLA PIZZA, LLC**,

Plaintiffs,

-against-

**FRANCESCO BIANCO**,
**LUCIANO BIANCO**,
**SALVATORE TINDARO VADALA**,
**SALVATORE ZAPPALA**,
**SAITTA GAETANO MARTINO**,
**ROSARIO GRASSOB**,
**DIEGO LoGIUDICE**,
**SFE S.R.L.**, **OLTREIDEA S.R.L.**,
**SPE S.R.L.**, **MANGIAMI S.R.L**.,
**ORION S.R.L.**, **ROMA FOOD S.R.L.**,
**RAVENNA FOOD S.R.L.**,
**DM DUE S.R.L., and**
**FOOD GROUP SERVICE S.R.L**,

Defendants.

Civil Action No. 1:23-cv-01161-LJL

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for plaintiffs Everything Yogurt Brands, LLC ("EYB") and Villa Pizza, LLC ("Villa"), (collectively "Plaintiffs"), hereby makes the following disclosures:

Plaintiffs certify that they are privately owned limited liability companies with no parent corporations and that no publicly-held corporation owns more than 10% of either of their stock or membership interest in either limited liability company.

Additionally, pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

| | |
|---|---|
| Everything Yogurt Brands, LLC<br>Name | State of Delaware<br>Citizenship |
| Villa Pizza, LLC<br>Name | State of Delaware<br>Citizenship |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

By: s/ Haralampo Kasolas

Haralampo Kasolas, Esq. (HK8850)
**BRACH EICHLER LLC**
5 Penn Plaza, 23rd Floor
New York, New York 10001
Telephone: (212) 896-3974
Facsimile: (973) 618-5575

Dated: February 24, 2023

*Attorneys for Plaintiffs,*
*Everything Yogurt Brands LLC and Villa Pizza, LLC*