| | |
|---|---|
| **EVERYTHING YOGURT BRANDS, LLC** and **VILLA PIZZA, LLC**,<br><br>        Plaintiffs,<br><br>-against-<br><br>**FRANCESCO BIANCO, LUCIANO BIANCO, SALVATORE TINDARO VADALA, SALVATORE ZAPPALA, SAITTA GAETANO MARTINO, ROSARIO GRASSOB, DIEGO LoGIUDICE, SFE S.R.L., OLTREIDEA S.R.L., SPE S.R.L., MANGIAMI S.R.L., ORION S.R.L., ROMA FOOD S.R.L., RAVENNA FOOD S.R.L., DM DUE S.R.L., FOOD GROUP SERVICE S.R.L**,<br><br>        Defendants. | Civil Action No. 1:23-cv-01161-LJL<br><br>**ORDER** |

**LEWIS J. LIMAN, United States District Judge:**

  The Court held an initial pretrial conference today. Counsel for Plaintiff appeared. No counsel appeared for any of the Defendants. Counsel for Plaintiffs indicated that he is still attempting to serve some of the Defendants. The Court continued the initial pretrial conference until Defendants appeared or until default judgment proceedings were commenced. Plaintiff is directed to inform the Court once Defendants have appeared and to request a date for the continued initial pretrial conference.

  SO ORDERED.

Dated: October 13, 2023

   New York, New York

                     LEWIS J. LIMAN
                     United States District Judge