| | |
|---|---|
| **EVERYTHING YOGURT BRANDS, LLC** and **VILLA PIZZA, LLC**,<br><br>                    Plaintiffs,<br><br>-against-<br><br>**FRANCESCO BIANCO, LUCIANO BIANCO, SALVATORE TINDARO VADALA, SALVATORE ZAPPALA, SAITTA GAETANO MARTINO, ROSARIO GRASSOB, DIEGO LoGIUDICE, SFE S.R.L., OLTREIDEA S.R.L., SPE S.R.L., MANGIAMI S.R.L., ORION S.R.L., ROMA FOOD S.R.L., RAVENNA FOOD S.R.L., DM DUE S.R.L., FOOD GROUP SERVICE S.R.L**,<br><br>                    Defendants. | Civil Action No. 1:23-cv-01161-LJL<br><br><br>**ORDER** |

**LEWIS J. LIMAN, United States District Judge:**

      Plaintiff has filed certificates of service stating that service was made on Defendants by email. Dkt. Nos. 44–51. At the initial pretrial conference held today, counsel indicated that such service was effected consistent with the Hague Convention. Counsel is directed to file a declaration on the docket establishing that such service was consistent with the Hague Convention.

      SO ORDERED.

Dated: October 13, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge