```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
EVERYTHING YOGURT BRANDS, LLC, et al.,                         :
                                                               :
                        Plaintiffs,                            :
                                                               :         23-cv-1161 (LJL)
        -v-                                                    :
                                                               :             ORDER
FRANCESCO BIANCO, et al.,                                      :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/2/24

LEWIS J. LIMAN, United States District Judge:

Plaintiffs move for default judgment as to several defendants in this action. Dkt. No. 64. The motion is denied for non-compliance with Local Rule 55.1, which states that:

> A party applying for entry of default under Fed. R. Civ. P. 55(a) shall file:
> (a) a request for a Clerk's Certificate of Default; and
> (b) an affidavit demonstrating that:
>     (1) the party against whom a notation of default is sought is not an infant, in the military, or an incompetent person;
>     (2) the party has failed to plead or otherwise defend the action; and
>     (3) the pleading to which no response has been made was properly served.
> A proposed Clerk's Certificate of Default form must be attached to the affidavit.

S.D.N.Y. Local Rule 55.1. In what is labeled their "motion for default judgment," Dkt. No. 64, Plaintiffs instead include their request for a Clerk's Certificate of Default. However, as Rule 55.1 makes clear, the request for a Clerk's Certificate of Default must be filed separately and before a motion for default judgment. Accordingly, Plaintiff's motion is DENIED without prejudice to re-filing once they have properly obtained a Certificate of Default from the Clerk of Court.

SO ORDERED.

Dated: April 2, 2024
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge